AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
DEC 19 2025
MITCHELL R. ELFERS
CLERK OF COURT

United States of America
v.
Dion Lee Torres

Defendant(s)

Case No. 25-5201MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 18, 2025__ in the county of __Dona Ana County__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3). | Possession of a Firearm by a person who is an unlawful user of or addicted to any controlled substance. |

This criminal complaint is based on these facts:

See Affidavit in Support of Criminal Complaint, incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Pierce Wilber, FBI Task Force Officer
Printed name and title

Sworn to by telephone, KS
Sworn to ~~before me and signed in my presence.~~

Date: 12-19-2025

_____
Judge's signature

City and state: Las Cruces, New Mexico

Kevin R. Sweazea, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1. This affidavit is made in support of a criminal complaint charging Dion Lee Torres, with violations of 18 U.S.C. § 922(g)(3), (possession of a firearm by a person who is an unlawful user of or addicted to any controlled substance).

2. I have been a Task Force Officer with the FBI since October 2023. I am a Police Detective with the Las Cruces Police Department and have been employed in law enforcement for approximately 17 years. I am trained and deputized as an FBI Task Force Officer (TFO) with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently a Task Force Officer with the Albuquerque Division, Las Cruces Resident Agency. As an FBI Task Force Officer, I am authorized to investigate crimes involving violations of the Firearms Act.

3. I am familiar with the facts and circumstances of the investigation into Dion Lee Torres. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant has committed violations of 18 U.S.C. § 922(g)(3).

**Relevant Statutes**

4. Title 18 U.S.C. § 922(g)(3) states, "it shall be unlawful for any person who is an unlawful user of or addicted to any controlled substance [as defined in section 102 of the controlled substance act (21 U.S.C. 802)] to possess a firearm; to ship or transport in interstate or foreign

commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. Marijuana is a controlled substance. 18 U.S.C. § 812.

5. On or about December 17, 2025, the FBI National Threat Operations Section received a voluntary emergency disclosure from TikTok containing customer records and stored content communications of TikTok user "alihjy.johny" involving a school shooting threat. The threat which was posted on an unknown user's livestream as a comment read as follows, "I'm shoot up a school tomorrow time to kill kids." This threat was sent on December 16, 2025 at 05:39 hours UTC. The Google account used to create the above listed TikTok account was alihjyjohny@gmail.com as provided by TikTok in the emergency disclosure.

6. The IP Address used for the comment, 98.48.1.248, was determined to belong to a Comcast customer and an emergency disclosure request to Comcast revealed the Comcast Customer was T.L., with a Las Cruces, NM address. On December 17, 2025, Las Cruces Police (LCPD) patrol officers and I went to the Las Cruces address to investigate the origin of the threats. T.L., his wife, and their son, Dion Torres (25 years old), all live in the house and were interviewed. T.L. and his wife consented to searches of their phones and common areas of the home and nothing related to the suspect TikTok account was located. Dion Torres denied consent to search his room but did state he had an AR pistol in there. T.L. and his wife confirmed to me that Dion Torres had a firearm in his room.

7. During this initial encounter with Dion Torres, I could smell a strong odor of burnt marijuana coming from his person, and he was carrying around a handheld torch that I know from training and experience is something used to light marijuana joints and other types of smoking implements. Sgt. Balderama with LCPD was standing by with Dion Torres outside the home while

the investigation was being conducted. Sgt. Balderama said in that short time he observed Dion Torres smoke 6 marijuana joints which he initially thought were nicotine cigarettes due to the speed and volume with which Dion consumed them, but the odor and a brief conversation with Dion Torres made Sgt. Balderama realize Dion Torres had smokes six marijuana joints in that short time. Sgt. Balderama said Dion Torres pulled the pre-rolled joints from a tube concealed on his person and lit them with the handheld torch. Dion Torres said he had to smoke that much marijuana for his "trauma." Other officers with LCPD and I also witnessed Dion Torres smoking marijuana in our presence.

8. T.L. and his wife told me that Dion Torres has been diagnosed with a particular condition, and T.L.'s wife is his caregiver and gets him his prescription medication. Dion Torres claimed to have a valid marijuana medical card. T.L.'s wife has another son whom Dion Torres shot with a Glock handgun in their home in 2023 during a verbal argument. T.L.'s wife's other son must live somewhere else because Dion Torres and the other son are violent with each other. After leaving the residence, an emergency disclosure request was sent to Google for any subscriber information relating to "alihjyjohny.gmail.com." Google responded with the subscriber information. There are 10 Gmail addresses associated with the same android device that were created in 2024, including the suspect email. Three of the 10 email addresses have different versions, to include different spellings, of the names "Dion" and "Torres" in them.

9. Based on the threat of imminent violence, the means to carry out the threat and a diagnosed mental health disorder combined with heavy controlled substance use, a petition was presented to the 3rd Judicial District Court of New Mexico, in Las Cruces to issue an Extreme Risk Firearms Protection Order pursuant to NMSA 1978 Sections 40-17-1 to-13. A New Mexico State District Court Judge approved the Order, and I went back to the Las Cruces address and

seized the firearm in question. I located the firearm out in the open on the bed in Dion Torres' bedroom with a round in the chamber and three fully loaded 40 round capacity magazines with 5.56mm ammunition. Some of the rounds contained armor piercing green tips. I also observed numerous holes in the wall indicating a pattern of violent behavior. I also observed four marijuana smoking implements, a/k/a "bongs" throughout the bedroom and there was a strong odor of burnt marijuana in the room as well. Dion Torres made an excited utterance when being told about the seizure of the firearm that, "If I wanted to shoot up a school I already would have." T.L. and his wife were present during the seizure and knew Dion Torres has a firearm, but seemed to be surprised and alarmed to see the firearm was a fully loaded AR Pistol with 40 round magazines.

The following firearms and ammunition were recovered from Dion Torres' bedroom:

- 1 Del-Ton Inc. DTI-15 5.56mm firearm, serial #DTI-5308628; and
- 121 rounds of 5.56mm ammunition

8. Based on my training, experience, and conversations with other agents, I know that Del-Ton Inc. firearms are not manufactured in the State of New Mexico, therefore, the firearm that Dion Torres was in possession of on December 17, 2025 had traveled in interstate and/or foreign commerce to be present in the State of New Mexico. Also, the specified firearm meets the definition of a "firearm" under 18 U.S.C. § 921. Based on the foregoing, there is probable cause to believe that Dion Torres, was in violation of 18 U.S.C. § 922(g)(3), (possession of a firearm by a person who is an unlawful user of or addicted to any controlled substance)

10. Assistant United States Attorney Richard Williams approved the charges filed in this criminal complaint.

DATED: 12/19/25

_____
Pierce Wilber
Task Force Officer
Federal Bureau of Investigation

Electronically signed and telephonically sworn this 19 day of December 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE